ST. JOHN v. BUCKLEY et al.

(Supreme Court, Appellate Division, Second Department. March 14, 1899.)

EXAMINATION OF PARTY.

    Plaintiff having information enough on which to frame complaint, application for examination of defendant before issue joined is premature.

Appeal from special term, Orange county.

Action by Stephen St. John against Wade Buckley and others. From an order vacating an order of the special county judge of Orange county for examination of defendant Whittaker, plaintiff appeals. Affirmed.

Argued before GOODRICH, P. J., and CULLEN, BARTLETT, HATCH, and WOODWARD, JJ.

William A. Parshall, for appellant.

C. E. Cuddeback, for respondents.

PER CURIAM. This order may be sustained on the ground that the application for the examination of the defendant Whittaker is premature, as it appears that the plaintiff has information enough

on which to frame a complaint. But we think it clear that, after issue joined, the plaintiff will have the right to examine that defendant as to the whole transaction through which she acquired the judgment in controversy.

The order should be affirmed, without costs, and without prejudice to an examination of the respondent Whittaker after issue joined.